Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

|  | ) | Case No. _21-cv- 4120_ |
| --- | --- | --- |
| _Richard James Woodraska_ | ) | (to be filled in by the Clerk's Office) |
| Plaintiff(s) | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | |
| -v- | ) ) ) ) ) | |
| _See Attached_ | ) | |
| Defendant(s) | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendants:

1. Darin Young
2. Mike Leidholt
3. Jeremy Baker
4. 2 ~~Ben~~ Lentsch
5. Taylor Yost

~~[scribbled out]~~
~~[scribbled out]~~

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Richard James Woodraska
   All other names by which you have been known: N/A
   ID Number: #48789
   Current Institution Address: South Dakota State Penitentiary Jameson Annex
   1600 N. Drive P.O. Box 5911
   Sioux Falls, SD 57117-5911
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Darin Young
   Job or Title (if known): Chief Warden
   Shield Number: —
   Employer: SD DOC
   Address: 1600 N. Drive P.O. Box 5911
   Sioux Falls, SD 57117-5911
   City / State / Zip Code
   [ ] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: Mike Leidholt
   Job or Title (if known): Cabinet Secretary
   Shield Number: —
   Employer: SD DOC
   Address: 1600 N. Drive P.O. Box 5911
   Sioux Falls, SD 57117-5911
   City / State / Zip Code
   [X] Individual capacity  [X] Official capacity

Defendant No. 3
- Name: Jeremy Baker
- Job or Title *(if known)*: Sergeant
- Shield Number:
- Employer:
- Address: 1600 N. drive P.O. Box 5911
  Sioux Falls, SD 57117-5911
  
  [X] Individual capacity   [X] Official capacity

Defendant No. 4
- Name: Z. Lentsch
- Job or Title *(if known)*: Sergeant
- Shield Number:
- Employer:
- Address: 1600 N. drive P.O. Box 5911
  Sioux Falls, SD 57117-5911
  
  [X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 8TH Amedment, Assault + Battery, [scribbled out] [scribbled out] [scribbled out]

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

B. The Defendants

*Defendant No. 5

Name: Taylor Yost
Job or Title: SCO
Shield #: —
Employer: SD DOC
Address: 1600 North Drive P.O. Box 5911 Sioux Falls, SD 57117-5911
Individual capacity.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Attached pages._

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

_The South Dakota State Penitentiary_

Page 4 of 11

(II) Basis for Jurisdiction Part D.

Defendant ① Darin Young, Acting under color of law, failed to properly train officers.

defendant ② Mike Leidholt, Acting under color of law, Approved inadequate use of force policy.

defendant ③ Jeremy Baker, acting under color of law, intentionally, maliciously, and sadistically applied knee strikes to my face, Body, and legs. He Also punched me in the Head and Broke my leg.

defendant ④ _____ Lentsch, acting under color of state law, intentionally, maliciously, and sadistically knee'd me in the Head, Body, and legs. He Also punched me in the face and hit my head off a holding cell wall.

Defendant ⑤ Taylor Yost, acting under color of law, Intentionally, maliciously, and Sadistically knee'd and punched my Body and legs. Taylor Yost Repeatedly Told other officers "fucking kill him".

  C.  What date and approximate time did the events giving rise to your claim(s) occur?

*Feb. 10th, 2021 At about 6:10 pm.*

  D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See Attached*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*See Attached*

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*See Attached*

## IV) Statement of claim

1) The named defendants each assaulted me while they were involved in a use of force. Jeremy Baker broke my leg. The other officers kneed me in the face, punched me and continued twisting my leg after I told them it was broken. Taylor Yost told them to kill me and the officer by my head placed his knee on my neck untill I passed out.

## V) Injuries

My face was bruised around the bridge of my nose and my leg was broken. I had to get surgery on my leg. A plate and 6 pins were placed in my leg. Also I've had to deal with severe mental issues related to this.

## VI) Relief

* I'd like a restraining order against Taylor Yost, Jeremy Baker, and 2 Lentsch because I fear retaliation.

* I'd like $50,000 in punitive damages from the defendants 3, 4, and 5 because of there use of excessive force. I suffered a broken leg with complications and continue to struggle with severe mental issues related to the use of force.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_The South Dakota State Penitentiary._

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

_Excessive force;_ ~~[illegible scribbled out text]~~

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   The South Dakota State penitentiary Jameson Annex

2. What did you claim in your grievance?

   The named defandents used excessive force.

3. What was the result, if any?

   I was denied At all Steps.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I filed An Informal Resolution, Administrative Remedy And to The Secretary of Corrections.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See Attached.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Richard Woodraska
Prison Identification #: #48789
Prison Address: 1600 North Drive PO Box 5911
Sioux Falls, SD 57117-5911
*City — State — Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
*City — State — Zip Code*
Telephone Number: _____
E-mail Address: _____

Richard Woodtask - #48789

**DEPARTMENT OF CORRECTIONS**
**STATE PENITENTIARY**
P.O. Box 5911
Sioux Falls, SD 57117-5911
Address Service Requested

NEOPOST
07/12/2021
US POSTAGE $001.80
FIRST-CLASS MAIL
ZIP 57104
041M11461503

Federal District courts
400 S. Phillips Ave
Sioux Falls, SD 57104

SWS