UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD JAMES WOODRASKA,<br><br>Plaintiff,<br><br>vs.<br><br>DARIN YOUNG, CHIEF WARDEN, IN HIS OFFICIAL CAPACITY; MIKE LEIDHOLT, CABINET SECRETARY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; JEREMY BAKER, SERGEANT, IN HIS INDIVIDUAL CAPACITY; Z. LENTSCH, SERGEANT, IN HIS INDIVIDUAL CAPACITY; AND TAYLOR YOST, SCO, IN HIS INDIVIDUAL CAPACITY,<br><br>Defendants. | 4:21-CV-04120-RAL<br><br><br>JUDGMENT |

Based on the Opinion and Order Granting Defendants' Motion for Summary Judgment, it is hereby

ORDERED, ADJUDGED AND DECREED that summary judgment enters under Rule 56 of the Federal Rules of Civil Procedure for Defendants and against Plaintiff.

DATED August 17, 2022.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE